WILLIAM A. BRADY, Respondent, v. ABRAHAM L.
ERLANGER, Appellant.

*Partnership — dissolution — accounting — loss of profits.*

Brady v. Erlanger, 188 App. Div. 728, affirmed.
(Argued April 27, 1921; decided May 13, 1921.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered July 12, 1919, unanimously affirming
a judgment in favor of plaintiff entered upon the report
of a referee. The action was for the dissolution of an
alleged copartnership and for an accounting. The com-
plaint alleged that plaintiff and defendant entered into
a partnership to lease for a term of years a theatre in
Chicago; that thereafter, without plaintiff's consent,
defendant agreed with a third party to discontinue

vaudeville performances at said theatre, for which he received a large sum of money, but refused to account to plaintiff for any portion thereof; that thereafter defendant sold the lease of the theatre, without the consent of plaintiff, for less than it was worth and accounted to plaintiff for but a small part of the amount he received. The referee was appointed by an order of the Appellate Division reversing a prior interlocutory judgment in favor of defendant and making new findings of fact and conclusions of law.

*David Gerber* for appellant.

*William M. Parke, John B. Stanchfield* and *Nathan Vidaver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.